MACEO PINKARD et al., Appellants, *v.* ROBBINS MUSIC CORPORATION, Respondent.

Argued April 21, 1952; decided May 29, 1952.

*Theodore R. Kupferman* and *Bernard A. Grossman* for appellants.

*Julian T. Abeles* and *Arnold J. Bernstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.